NOTICE TO COUNSEL:

To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

v.

State Farm General Insurance Company,
Defendant

Case No. 20-cv-247

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

I, the undersigned counsel of record for State Farm Fire & Casualty Co., mis-named State Farm General Insurance Co., make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

   [X] YES    [ ] NO

   If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

   State Farm Mutual Insurance Company

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

   [ ] YES    [X] NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

   _____

   /s/ Sarah A. Zylstra                 3/23/2020
   Signature of Counsel                  Date

4/19/11